**No. 10-5541. Dennis Strickland, Petitioner v. United States.**

562 U.S. 1026, 131 S. Ct. 505, 178 L. Ed. 2d 408, 2010 U.S. LEXIS 8355.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 601 F.3d 963.

**No. 10-6625. Thomas Martin Sukup, Petitioner v. United States Court of Appeals for the Ninth Circuit.**

562 U.S. 1026, 131 S. Ct. 554, 178 L. Ed. 2d 408, 2010 U.S. LEXIS 8390.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-6662. Christopher R. Woodberry, Petitioner v. United States.**

562 U.S. 1026, 131 S. Ct. 540, 178 L. Ed. 2d 408, 2010 U.S. LEXIS 8356.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 376 Fed. Appx. 307.

**No. 10-6728. Sugentino Percel, Petitioner v. United States.**

562 U.S. 1026, 131 S. Ct. 544, 178 L. Ed. 2d 408, 2010 U.S. LEXIS 8389.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 383 Fed. Appx. 417.

**No. 10-6747. Antwan Tann, Petitioner v. United States.**

562 U.S. 1026, 131 S. Ct. 545, 178 L. Ed. 2d 408, 2010 U.S. LEXIS 8392.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 10-452. In re Luis Rafael Figueroa Hernandez, Petitioner.**

562 U.S. 1001, 131 S. Ct. 550, 178 L. Ed. 2d 408, 2010 U.S. LEXIS 8393.

November 1, 2010. Petition for writ of habeas corpus denied.

**No. 10-6822. In re Lee H. Wagner, Petitioner.**

562 U.S. 1001, 131 S. Ct. 550, 178 L. Ed. 2d 408, 2010 U.S. LEXIS 8458.

November 1, 2010. Petition for writ of habeas corpus denied.